**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arturo Robles,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>El Charrito Mexican Cousine LLC, et al.,<br><br>　　　　　Defendants. | **NO. CV-22-00025-PHX-SMB**<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant El Charrito Mexican Cousine LLC, Raquel Rubio and Unknown Rubio, named as John Doe Rubio.

DEFAULT ENTERED this 2nd day of February, 2022.

　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

February 2, 2022

　　　　　　　　　　　　　s/ L. Dixon
　　　　　　　　　By　　Deputy Clerk